AUGUSTUS J. SIMMONS *v.* J. WILLIAM BURNS,
COMMISSIONER OF TRANSPORTATION

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 802, is denied.

*Eugene C. Cushman,* in support of the petition.

*Arnold K. Shimelman,* in opposition.

Decided November 25, 1986

STATE OF CONNECTICUT *v.* MICHAEL LACASSE

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 79, is denied.

*Joette Katz,* public defender, and *John W. Watson,* assistant public defender, in support of the petition.

Decided November 25, 1986

GILBERT G. VELILLA *v.* UNITED TECHNOLOGIES
CORPORATION, HAMILTON STANDARD DIVISION, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 803, is denied.

*Gilbert G. Velilla,* pro se, in support of the petition.

Decided November 25, 1986